PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [✓] INFORMATION  [ ] INDICTMENT

Matter Sealed: [ ] Juvenile  [✓] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding  [ ] Defendant Added
[ ] Indictment  [ ] Charges/Counts Added
[ ] Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF Northern California
San Francisco
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: MELINDA HAAG
[ ] U.S. Atty  [ ] Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): Benjamin Kingsley

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: _____  County: _____

CASE NO. CR 14 264 VC

USA vs.
Defendant: Joseph Noel
Address: 1155 C Arnold Drive
P.O. Box 168
Martinez, CA 94553

SEALED BY COURT ORDER

[ ] Interpreter Required   Dialect: _____

Birth Date: 2/23/1961   [✓] Male  [ ] Female   [ ] Alien (if applicable)

Social Security Number _____

### DEFENDANT

Issue: [ ] Warrant  [✓] Summons on 6/3/2014 at 9:30 a.m.

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
[ ] Currently in Federal Custody
[ ] Currently in State Custody
  [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): Ted Cassman
[ ] FPD  [ ] CJA  [✓] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | PLEASE SEE ATTACHED FOR |  |  |
|  | PENALTIES |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2014 MAY 14 A 9: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 14 264 VC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 1348 – Securities Fraud; 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 – Criminal Forfeiture |
| v. | ) | |
| JOSEPH NOEL, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

1. From in or about December 2009 to in or about July 2011, in the Northern District of California, the defendant,

JOSEPH NOEL,

did knowingly execute and attempt to execute a scheme and artifice to defraud persons and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property, in connection with securities of YesDTC Holdings, Inc., an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934 (15 U.S.C. § 78l) and that was required to file reports under Section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. § 78o(d)), in violation of Title 18, United States Code, Section 1348.

//
//

INFORMATION

1   <u>FORFEITURE ALLEGATION</u>:    (18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 – Forfeiture of Fraud Proceeds)

2.   The allegations in Paragraph 1 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

3.   Upon conviction of any the offenses alleged in the single count above, the defendant,

**JOSEPH NOEL**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real and personal, which constitutes or is derived from proceeds traceable to said violations, including but not limited to a sum of not less than $367,221, representing the amount of proceeds obtained as a result of the offenses alleged in the single count.

DATED:   May 13, 2014

MELINDA HAAG
United States Attorney

/s/ J. Douglas Wilson
J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: /s/ )
Benjamin Kingsley
Assistant United States Attorney

INDICTMENT      2

## PENALTY SHEET ATTACHMENT

Count One:

    18 U.S.C. § 1348 – Securities Fraud

    Maximum penalties:   25 years imprisonment (18 U.S.C. § 1348)
                                   $250,000 fine (18 U.S.C. § 3571(b)(3))
                                   5 years supervised release (18 U.S.C. § 3583(b)(1))
                                   $100 special assessment (18 U.S.C. § 3013)