# UNITED STATES DISTRICT COURT
for the
~~U.S.~~ Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 14-264 VC |
| Joseph Noel ) | |
| Defendant ) | |

**FILED**
JUN X 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/3/14

_____
Defendant's signature

_____
Signature of defendant's attorney

Ted W. Cassma
Printed name of defendant's attorney

_____
Judge's signature

Nathanael Cousins
Judge's printed name and title

