Ted W. Cassman (CSB 98932)
Raphael Goldman (CSB 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Joseph Noel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR 14-0264 VC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | ~~FILED UNDER SEAL~~ |
| JOSEPH NOEL, | |
| Defendant | |

The defendant, Joseph Noel, represented by Ted W. Cassman, and the government, represented by Benjamin Kingsley, Assistant United States Attorney hereby stipulate to a continuance of the sentencing hearing from May 18, 2015, to July 21, 2015.  The continuance is requested to accommodate scheduling conflicts that have arisen on defense counsel's calendar and to accord Mr. Noel a reasonable opportunity to reap the benefit of his efforts to cooperate with the government before his sentencing.

DATED: April 3, 2015

                                                /s/
                                   TED W. CASSMAN,
                                   Arguedas, Cassman & Headley, LLP
                                   Attorney for Joseph Noel

DATED: April 3, 2015

```
                                    /s/
                           BENJAMIN KINGSLEY,
                           Assistant United States Attorney
```

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: April 6, 2015

```
                           VINCENT CHHABRIA,
                           United States District Court Judge
```

2